IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT C. GUILLOT
EDITH REBECCA YOUNG and
RCG ENTERPRISES, INC.                                                 PLAINTIFFS

VS.                                        CIVIL ACTION NO. 3:09cv000138-HTW-LRA

PHILLIP J. MARTIN, CROSSGATE CROSSING, LLC,
GULF CAPITAL HOLDINGS, LLC
BANCORP SOUTH, INC.,
BANKFIRST FINANCIAL SERVICES and
WORTHINGTON FINANCIAL HOLDINGS, INC                   DEFENDANTS

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** came before the Court on the Ore Tenus Motion to Dismiss the Plaintiffs' Complaint Without Prejudice filed by the Plaintiffs, and Defendants, Bancorp South, Inc., Bankfirst Financial Services and Worthington Financial Holdings, Inc., respectively in this matter and the Court, having been advised that none of the parties have objection to the Dismissal Without Prejudice finds that the motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the Plaintiffs' Complaint is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 29th day of September, 2009.

                                                             **s/ HENRY T. WINGATE**
                                                             **CHIEF UNITED STATES DISTRICT JUDGE**

AGREED TO:

/s/ Bill Waller, Sr.
William L. Waller, Sr. (MSB# 6914)
Waller & Waller, Attorneys at Law
220 S. President Street (39201)
P.O. Box 4
Jackson, Mississippi 39205-004
Telephone:	601-354-5252
Facsimile:	601-354-2681
***Attorney for Robert C. Guillot, Edith Rebecca Young and RCG Enterprises***


/s/ Les Alvis
Less Alvis (MSB# 1548)
Riley, Caldwell, Cork & Alvis, P.A.
207 Court Street
P.O. Box 1836
Tupelo, Mississippi 38802
Telephone:	662-842-8945
***Attorney for BankcorpSouth, Inc***


/s/ Timothy L. Gowan
Timothy L. Gowan (MSB# 4925)
Gowan Law Office
300 South Jefferson Street
P.O. Box 401
Macon, Mississippi 39341
Telephone:	662-726-2000
***Attorney for Bankfirst Financial Services***


/s/ April D. Reeves
| | |
|---|---|
| April D. Reeves (MSB# 100671) | Thomas J. Costakis, admitted *pro hac vice* |
| Watkins Ludlam Winter & Stennis, P.A. | Aaron R. Raff, admitted *pro hac vice* |
| 190 East Capitol Street (39201) | Krieg DeVault LLP |
| Suite 800 | One Indiana Square, Suite 2800 |
| P.O. Box 427 | Indianapolis, Indiana 46204-2079 |
| Jackson, Mississippi 39205 | Telephone:	317-636-4341 |
| Telephone:	601-949-4900 | Facsimile:	317-636-1507 |
| Facsimile:	601-949-4804 | |

***Attorney for Worthington Financial Holdings, Inc.***


CIVIL ACTION NO. 3:09cv000138-HTW-LRA
Agreed Order of Dismissal without Prejudice